**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FABIO R. VARGAS,

                Petitioner,

v.                                          Case No.  6:04-cv-1073-Orl-31JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY GENERAL,
STATE OF FLORIDA,

                Respondents.
_____

**ORDER**

This case is before the Court on the following motions:

1.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 27)** |
| **FILED:** | **August 11, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $255.00 appellate filing fee.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

2.

> **MOTION:** **PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY (Doc. No. 26)**
>
> **FILED:** **August 11, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 15th day of August, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 8/15
Counsel of Record
Fabio R. Vargas

2